UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

REEM PROPERTY, LLC,
    Plaintiff,

v.                                         CIVIL ACTION NO.
                                           15-40127-PBS

ROBERT T. ENGLEBY,
    Defendant.

**REPORT AND RECOMMENDATION RE:
RECONSIDERATION OF DEFENDANT'S SPECIAL MOTION
TO DISMISS THE COMPLAINT
(DOCKET ENTRY # 6)**

March 15, 2016

**BOWLER, U.S.M.J.**

This real estate dispute arises out of defendant Robert T. Engleby's ("defendant") refusal to convey a piece of property when plaintiff Reem Property, LLC ("plaintiff") tendered the purchase price three days late. On December 15, 2015, this court issued a Report and Recommendation on a special motion to dismiss filed by defendant. (Docket Entry # 16). The motion sought to dismiss a verified complaint filed by plaintiff in Massachusetts Superior Court Department (Middlesex County) ("Middlesex Superior Court") under Fed.R.Civ.P. 12(b)(5) ("Rule 12(b)(5)") for lack of service of process, Fed.R.Civ.P. 12(b)(6) ("Rule 12(b)(6)") for failure to state a claim for relief and Massachusetts General Laws chapter 184, section 15(c) ("section 15(c)") on the basis that the complaint was frivolous. (Docket Entry # 6). The

[handwritten margin note: 3/30/16 I adopt the report and recommendation without objection. Pam B Saris]