UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| REEM PROPERTY, LLC )<br>Plaintiff )<br>)<br>v. )<br>)<br>ROBERT T. ENGLEBY )<br>Defendant ) | Civil Action No. 1:15-cv-40127-PBS |

## DEFENDANT ROBERT T. ENGLEBY'S MOTION FOR AWARD OF ATTORNEYS' FEES PURSUANT TO MASS. GEN. LAWS CH. 184, § 15(C)

Now comes Defendant Robert T. Engleby ("Engleby"), by his undersigned counsel respectfully moves this Court for an award of attorney's fees pursuant to Mass. Gen. Laws ch. 184, § 15(c) in the amount of $41,628.00. In support hereof, Engleby submits redacted bills for work done to obtain the dissolution of the lis pendens on the property located at 6-8 Morgan Place, Newton, Massachusetts (Exhibit A) and the Affidavit of his counsel, Attorney Michael P. Robinson of Shechtman Halperin Savage, LLP (Exhibit B).

Respectfully submitted,
Robert T. Engleby

March 3, 2017

By his attorneys,

*/s/ Michael P. Robinson*
Michael P. Robinson (BBO#649575)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
401-272-1400
401-272-1403 (fax)
mrobinson@shslawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of March 2017, that I have caused the within Motion to be filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                  */s/ Michael P. Robinson*