# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| REEM PROPERTY, LLC<br>Plaintiff<br><br>v.<br><br>ROBERT T. ENGLEBY<br>Defendant | Civil Action No. 1:15-cv-40127-PBS |

**AFFIDAVIT OF ATTORNEY MICHAEL P. ROBINSON IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES PURSUANT TO MASS. GEN. LAWS CH. 184, § 15(C)**

1. My name is Michael P. Robinson, I am over the age of eighteen and I understand the obligations of an oath. I am an attorney in good standing in the Commonwealth of Massachusetts, the State of Rhode Island and the State of New Hampshire and I represent Robert T. Engleby ("Engleby") in the above-entitled matter.

2. The attorneys' fees charged to Engleby in connection with his Special Motion to Dismiss and Motion for the Dissolution of Memorandum of Lis Pendens to date total $41,628.00 (See redacted bills to Engleby attached hereto as Exhibit A).

3. During the pendency of the litigation on this case my hours were billed at the hourly rate of $325.00. I am a partner of Shechtman Halperin Savage, LLP. I have been practicing in the Federal and State Courts of the Commonwealth of Massachusetts handling, among other things, civil litigation and commercial litigation since July 2001.

4. Attorney John H. McCann's hours were billed at the hourly rate of $295.00 to $310.00. Attorney John H. McCann is an associate at Shechtman Halperin Savage, LLP and has been practicing since 1983. He performed task-related work assisting me on the drafting of certain motions and memoranda. The details of the work he performed are set forth in Exhibit A.

5. Attorney Christopher J. Fragomeni's hours were billed at the hourly rate of $250.00. Attorney Christopher J. Fragomeni is an associate at Shechtman Halperin Savage, LLP and has been practicing in the Commonwealth of Massachusetts since November 2015. He performed limited work assisting me on this matter. The details of the work he performed are set forth in Exhibit A.

6. Paralegals Allison Y. Charette' hours were billed at the rates of $120.00 to $140.00 and Elizabeth A. Lichatin's hours were billed at the rate of $100.00 and are detailed in Exhibit A.

7. The hours spent in the above referenced matter by counsel to Engleby are reasonable based upon the complexity of legal issues, amount of work performed, and the litigiousness of the Plaintiff.

8. The work performed and hours spent by all counsel on behalf of Engleby was neither excessive, redundant or unnecessary and lead to the granting of his special motion to dismiss and motion for dissolution of memorandum of lis pendens.

9. The award of attorneys' fees in connection with a special motion to dismiss and motion for dissolution of memorandum of lis pendens and discovery related thereto is mandated by Mass. Gen. Laws ch. 184, § 15(c).

10. The hourly rates charged by counsel in this matter are reasonable given the experience and skill level of counsel and are consistent with charges customarily made by law firms handling matters of this type.

SIGNED AND SWORN TO UNDER PAINS AND PENALTIES OF PERJURY THIS 3RD DAY OF MARCH, 2017

________________________________
Michael P. Robinson, Esq.